No. 80–6252. JONES *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 80–6257. JACKSON *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 80–6259. JAFFER *v.* CITY OF MIAMI, FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–6260. WORKMAN *v.* BRACKEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–6262. WRIGHT ET AL. *v.* NIGH, GOVERNOR OF OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–6263. LANE *v.* JEEP CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–6267. CAMPBELL *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 80–6271. STEVENS *v.* SEYMOUR ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–6276. HARRIS *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 80–6278. CASH· *v.* JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 80–6285. WHITELAW *v.* MWP LIMITED PARTNERSHIP. Ct. App. D. C. Certiorari denied.

No. 80–6292. IN RE CURRIER. C. A. 1st Cir. Certiorari denied.

No. 80–6294. MINES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.